# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN ADAM SORG, <br><br> Plaintiff, <br><br> v. <br><br> REWARDS FOR JUSTICE, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:13-cv-1068-RJS-EJF |

On March 26, 2014, Magistrate Judge Evelyn J. Furse issued a Report and Recommendations regarding Plaintiff John Sorg's Complaint (Dkt. 3) and Mr. Sorg's Motion for Service of Process (Dkt. 4). The parties were given 14 days from the date of the order to serve and file specific, written objections, but neither party submitted objections within the allotted time frame.

After carefully considering the Report and Recommendations of Judge Furse as well as Mr. Sorg's Complaint and Mr. Sorg's motions, the court adopts in full the Report and Recommendations issued by Judge Furse.

The court enters the following rulings:

1. Plaintiff's Complaint is DISMISSED. (Dkt. 3.)

2. Plaintiff's Motion for Service of Process is DENIED as MOOT. (Dkt. 4.)

3. The court orders the Clerk of the Court to close the case.

SO ORDERED this 30th day of April, 2014.

                BY THE COURT:

                _____
                ROBERT J. SHELBY
                United States District Judge